Commonwealth, Appellant, *v.* Koniuszy.

Argued December 8, 1972. *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellant; *Edward J. Ozorowski,* with him *Geoghegan & Ozorowski,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.

Commonwealth *v.* Luzaich, Appellant.

Argued November 14, 1972. *Allen N. Brunwasser,* for appellant; *J. Kent Culley,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.